IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Exelon Business Services Company, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIBCO Software Inc., <br><br> Defendant. | Civil No. 1:16-cv-4595 <br><br> **JURY TRIAL DEMANDED** |

## **PLAINTIFF'S MOTION TO SEAL EXHIBITS A-D TO THE COMPLAINT**

Plaintiff Exelon Business Services Company, LLC moves for the entry of an order sealing Exhibits A-D to the Complaint (Dkt. Nos. 1-1, 1-2, 1-3, and 1-4). Plaintiff filed the Complaint in this case on April 22, 2016, and included as Exhibit A to the Complaint an agreement it entered into with Defendant TIBCO Software, Inc. ("TIBCO") in 2002 ("the 2002 Agreement"). The 2002 Agreement included a provision stating that it is "TIBCO confidential."

Exhibit B is an addendum to the 2002 Agreement.

Exhibit C is a further agreement signed between Plaintiff and TIBCO that included confidential portions of the 2002 Agreement.

Exhibit D is an Order Form signed between Plaintiff and TIBCO that included confidential portions of the 2002 Agreement.

To protect TIBCO's privacy interests in the confidentiality of the 2002 Agreement, Plaintiff respectfully requests that the Court seal Plaintiff's Exhibits A-D to the Complaint (Dkt. Nos. 1-1, 1-2, 1-3, and 1-4). A proposed order is attached for the Court's convenience.

Dated: April 22, 2016

Respectfully submitted,

*/s/ Lynn Rzonca*
Lynn Rzonca
(rzoncal@ballardspahr.com)
SBN 06207592
Ballard Spahr LLP
1735 Market Street
Philadelphia, Pennsylvania 19103
Telephone: (215) 665-8500
Fax: (215) 864-8999

*Attorney for Exelon Business Services Company, LLC*

Nicole Nocera
(nicole.nocera@exeloncorp.com)
SBN 6257254
Assistant General Counsel, Litigation
Exelon Business Services Company, LLC
10 South Dearborn Street, 49th Floor
Chicago, IL 60603
Telephone: (312) 394-4045
Fax: (312) 394-8322

*Attorney for Exelon Business Services Company, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 22, 2016, I caused a true and correct copy of the foregoing to be served on all counsel of record via the Court's CM/ECF system.

                                             */s/ Lynn E. Rzonca*
                                             LYNN E. RZONCA