IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Exelon Business Services Company, LLC,<br><br>        Plaintiff,<br><br>v.<br><br>TIBCO Software Inc.,<br><br>        Defendant. | Civil No. 1:16-cv-4595<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF PRESENTMENT OF MOTION

To: All Counsel of Record in this matter, notified via CM-ECF

     PLEASE TAKE NOTICE that on Monday, May 2, 2016, at 9:00 a.m., counsel will appear in the courtroom of the judge that will be assigned to this case and shall present PLAINTIFF'S MOTION TO SEAL EXHIBITS A-D TO THE COMPLAINT (Dkt. No. 2).

Dated: April 22, 2016

                                              Respectfully submitted,

                                              */s/ Lynn Rzonca*
                                              Lynn Rzonca
                                              (rzoncal@ballardspahr.com)
                                              SBN 06207592
                                              Ballard Spahr LLP
                                              1735 Market Street
                                              Philadelphia, Pennsylvania 19103
                                              Telephone: (215) 665-8500
                                              Fax: (215) 864-8999

                                              *Attorney for Exelon Business Services Company, LLC*

                                              Nicole Nocera
                                              (nicole.nocera@exeloncorp.com)

SBN 6257254
Assistant General Counsel, Litigation
Exelon Business Services Company, LLC
10 South Dearborn Street, 49th Floor
Chicago, IL 60603
Telephone: (312) 394-4045
Fax: (312) 394-8322

*Attorney for Exelon Business Services Company, LLC*

## CERTIFICATE OF SERVICE

I, Lynn E. Rzonca, an attorney, hereby certify that a copy of the foregoing "NOTICE OF PRESENTMENT OF MOTION" was served on counsel for all parties electronically via the CM/ECF system on April 22, 2016.

Dated: April 22, 2016

*/s/ Lynn Rzonca*
Lynn Rzonca