IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Exelon Business Services Company, LLC, <br><br> Plaintiff, <br><br> v. <br><br> TIBCO Software Inc., <br><br> Defendant. | Civil No. 1:16-cv-4595 <br><br> **JURY TRIAL DEMANDED** |

## **AMENDED NOTICE OF PRESENTMENT OF MOTION**

To: All Counsel of Record in this matter

PLEASE TAKE NOTICE that on Wednesday, May 5, 2016, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Andrea Wood in Courtroom 1925 of the U.S. District Court, located at 219 S. Dearborn St., Chicago, Illinois, and shall present PLAINTIFF'S MOTION TO SEAL EXHIBITS A-D TO THE COMPLAINT (Dkt. No. 2). This notice supersedes the previous Notice of Presentment for this Motion, which Plaintiff filed before Judge Wood was assigned to this case.

Dated: April 28, 2016

                                                     Respectfully submitted,

                                                   */s/ Lynn Rzonca*
                                                   Lynn Rzonca
                                                   (rzoncal@ballardspahr.com)
                                                   SBN 06207592
                                                   Ballard Spahr LLP
                                                   1735 Market Street
                                                   Philadelphia, Pennsylvania 19103
                                                   Telephone: (215) 665-8500

Fax: (215) 864-8999

*Attorney for Exelon Business Services Company, LLC*

Nicole Nocera
(nicole.nocera@exeloncorp.com)
SBN 6257254
Assistant General Counsel, Litigation
Exelon Business Services Company, LLC
10 South Dearborn Street, 49th Floor
Chicago, IL 60603
Telephone: (312) 394-4045
Fax: (312) 394-8322

*Attorney for Exelon Business Services Company, LLC*

## CERTIFICATE OF SERVICE

I, Lynn E. Rzonca, an attorney, hereby certify that a copy of the foregoing "AMENDED NOTICE OF PRESENTMENT OF MOTION" was served on counsel for all parties via hand delivery on April 27, 2016.

Dated: April 28, 2016

                                    */s/ Lynn Rzonca*
                                    Lynn Rzonca